**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

IN RE:

| | |
|---|---|
| Devin M. Dodson | Case No:  10-63576 |
| Crystal A. Dodson | Chapter 13 |
| Debtors | Judge Hoffman |

## MOTION TO MODIFY CONFIRMED CHAPTER 13 PLAN

Now come, Devin M. Dodson and Crystal A. Dodson, by and through counsel, and hereby move to modify their confirmed Chapter 13 Plan.

**1. PARTICULAR REFERENCE TO PROVISIONS BEING MODIFIED:**

**Beneficial Ohio Inc** – The mortgage holder shall retake possession of the residential real estate located at 8673 Cadet Drive South, Galloway, OH 43119 pursuant to a State foreclosure proceeding.  The Creditor may retain the collateral in full satisfaction of the debt or may liquidate same in a commercially reasonable manner.  In the event the Creditor liquidates the collateral and there remains a deficiency after sale, the deficiency shall be treated as an unsecured claim in this Chapter 13 estate.  The Creditor shall only be permitted to proceed against the collateral.  The Creditor shall take no adverse action against the Debtor.  The Creditor shall only be permitted to proceed *in rem* against the collateral.

In the event of a deficiency, the Creditor must file a proof of claim on the unsecured deficiency within 30 days after sale of the collateral in order to share in any additional distributions from the Chapter 13 estate.  Any claim not filed as provided herein shall be disallowed and shall not share in distributions from the Chapter 13 estate.  The obligation to the Creditor shall be discharged upon the issuance of a discharge in this case.

**2. EFFECT OF MODIFICATION ON CREDITORS AND OTHER PARTIES IN INTEREST:**

The proposed modification does not adversely affect creditors.  The modification specifically deals with the surrender of the real estate to Creditor Beneficial Ohio Inc.

**3. LAST CONFIRMATION ORDER:**

This case was originally confirmed on February 15, 2011, (Doc #20) and no other post confirmation modifications have since occurred.

**4. PERCENTAGE TO UNSECUREDS:**

The modified plan does not propose to modify the dividend to unsecured claimholders.

**5. THE EFFECT ON MONTHLY PAYMENT:**

      The monthly payments shall be $275.00 per month effective with the January 2012 payment and for all months thereafter until the end of the plan.

      /s/ John F. Cannizzaro
John F. Cannizzaro #0005096
CANNIZZARO, BRIDGES,
JILLISKY & STRENG, LLC
302 South Main Street
Marysville, OH 43040
Telephone: 937-644-9125
Fax: 937-644-0754
jsheets@cfbjlaw.com

/s/ Devin M. Dodson
Devin M. Dodson


/s/ Crystal A. Dodson
Crystal A. Dodson

B6I (Official Form 6I) (12/07)

In re **Devin M Dodson**
**Crystal A Dodson**
_____
Debtor(s)

Case No. **2:10-bk-63576**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S) - AMENDED

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S): **Son** | AGE(S): **8** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **horticulturist** | |
| Name of Employer | **City of Dublin (disabled)** | **disabled** |
| How long employed | **22 years** | |
| Address of Employer | **5200 Emerald Pkwy**<br>**614-410-4700**<br>**Dublin, OH 43017** | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 0.00 | $ 0.00 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 0.00 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
|    a. Payroll taxes and social security | $ 0.00 | $ 0.00 |
|    b. Insurance | $ 0.00 | $ 0.00 |
|    c. Union dues | $ 0.00 | $ 0.00 |
|    d. Other (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance<br>(Specify): **social security** | $ 0.00 | $ 2,268.00 |
| | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income<br>(Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 0.00 | $ 2,268.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 0.00 | $ 2,268.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 2,268.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**Mr. Dodson will be seeking disabilty through the Public Employees Retirement System. If approved, then the family budget would return to more reaasonable levels.**

**B6J (Official Form 6J) (12/07)**

In re **Devin M Dodson**
**Crystal A Dodson**                  Case No. **2:10-bk-63576**

Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ **650.00** |
|    a. Are real estate taxes included?    Yes ___    No **X** | |
|    b. Is property insurance included?    Yes ___    No **X** | |
| 2. Utilities:    a. Electricity and heating fuel | $ **200.00** |
|                 b. Water and sewer | $ **90.00** |
|                 c. Telephone | $ **0.00** |
|                 d. Other   **See Detailed Expense Attachment** | $ **271.00** |
| 3. Home maintenance (repairs and upkeep) | $ **0.00** |
| 4. Food | $ **350.00** |
| 5. Clothing | $ **60.00** |
| 6. Laundry and dry cleaning | $ **0.00** |
| 7. Medical and dental expenses | $ **0.00** |
| 8. Transportation (not including car payments) | $ **150.00** |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ **0.00** |
| 10. Charitable contributions | $ **0.00** |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|                 a. Homeowner's or renter's | $ **32.00** |
|                 b. Life | $ **0.00** |
|                 c. Health | $ **0.00** |
|                 d. Auto | $ **80.00** |
|                 e. Other _____ | $ **0.00** |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
|          (Specify) _____ | $ **0.00** |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|                 a. Auto | $ **0.00** |
|                 b. Other _____ | $ **0.00** |
|                 c. Other _____ | $ **0.00** |
| 14. Alimony, maintenance, and support paid to others | $ **0.00** |
| 15. Payments for support of additional dependents not living at your home | $ **0.00** |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ **0.00** |
| 17. Other   **school lunches** | $ **50.00** |
|       Other   **school & sports participation fees** | $ **60.00** |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ **1,993.00** |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

    **Mr. and Mrs. Dodson will be seeking welfare assistance to help offset their medical, prescription drug and food costs. If Mr. Dodson is approved for disability, they anticipate their expenses to return to more reasonable levels.**

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $ **2,268.00** |
| b. Average monthly expenses from Line 18 above | $ **1,993.00** |
| c. Monthly net income (a. minus b.) | $ **275.00** |

**B6J (Official Form 6J) (12/07)**

**B6J (Official Form 6J) (12/07)**

In re **Devin M Dodson / Crystal A Dodson**, Debtor(s)     Case No. **2:10-bk-63576**

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED
**Detailed Expense Attachment**

**Other Utility Expenditures:**

| | |
|---|---:|
| **Cell** | $ **139.00** |
| **Internet, cable** | $ **132.00** |
| **Total Other Utility Expenditures** | $ **271.00** |

Case 2:10-bk-63576 Doc 37 Filed 01/17/12 Entered 01/17/12 15:39:34 Desc Main
Document Page 6 of 12

**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

IN RE:

|  |  |
|---|---|
| Devin M. Dodson | Case No: 10-63576 |
| Crystal A. Dodson | Chapter 13 |
| Debtors | Judge Hoffman |

**NOTICE OF MOTION or OBJECTION**

Devin M. Dodson and Crystal A. Dodson, the Debtors herein, have filed papers with the Court on a Motion to Modify Confirmed Chapter 13 Plan.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the Debtors' motion, or if you want the Court to consider your views on the motion, then on or before 21 days after the date of service contained in the Certificate of Service, you or your attorney must file a written response to the motion, explaining your position, at:

United States Bankruptcy Court Clerk
170 N. High Street
Columbus, OH 43215

If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before time expires for filing the response.

You must also mail a copy to:

John F. Cannizzaro, Attorney at Law
302 S. Main Street
Marysville, OH 43040

Jeffrey P. Norman, Ch 13 Trustee
10 W. Broad Street #900
Columbus, OH 43215-3449

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an Order granting that relief.

Date: January 17, 2012

/s/ John F. Cannizzaro
John F. Cannizzaro #0005096
302 S. Main Street
Marysville, OH 43040

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

IN RE:

| | |
|---|---|
| Devin M. Dodson | Case No: 10-63576 |
| Crystal A. Dodson | Chapter 13 |
| Debtors | Judge Hoffman |

**NOTICE AND CERTIFICATE OF SERVICE**

  The undersigned certifies that a copy of the foregoing attached pleading was served this date on the parties whose names and addresses are listed below as and for NOTICE that the attached pleading has been filed. Pursuant to Rule 2002(a)(6), the undersigned will present to the court a proposed order granting the relief sought unless within twenty-one (21) days after this date a written memorandum in opposition, along with a request for hearing on such opposition, is filed with the Court and served on the undersigned.

Date: January 17, 2012

/s/ John F. Cannizzaro
John F. Cannizzaro 0005096
CANNIZZARO, BRIDGES,
JILLISKY & STRENG, LLC
302 South Main Street
Marysville, Ohio 43040
Telephone: 937-644-9125
Fax: 937-644-0754
jsheets@cfbjlaw.com

Names and Addresses of Parties Served:

By ECF service to:
Frank Pees, Chapter 13 Trustee
130 E. Wilson Bridge Rd., Suite 200
Worthington, OH 43085

U.S. Trustee's Office
170 N. High St., #200
Columbus, OH 43215

By regular U.S. Mail service to:
Devin M. Dodson & Crystal A. Dodson
8673 Cadet Drive South
Galloway, OH 43119

And all Creditors on the attached matrix

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0648-2<br>Case 2:10-bk-63576<br>Southern District of Ohio<br>Columbus<br>Tue Jan 17 15:37:38 EST 2012 | HSBC Finance Corporation<br>PO BOX 829009<br>Dallas, TX 75382-9009 | United States Bankruptcy Court<br>170 North High Street<br>Columbus, OH 43215-2414 |
| Accliam Financial services<br>P.O. Box 30009<br>Columbus, OH 43230-0009 | Asst US Trustee (Col)<br>Office of the US Trustee<br>170 North High Street<br>Suite 200<br>Columbus, OH 43215-2417 | Barbara K. Reiman<br>75 S. High St  #4<br>Dublin, OH 43017-2154 |
| Beneficial Ohio Inc.<br>961 Weigel Dr.<br>P.O. Box 8603<br>Elmhurst, IL 60126-8603 | Beneficial Ohio Inc.<br>PO Box 829009<br>Dallas, TX 75382-9009 | Capital Copy<br>2309 W. Dublin Granville Rd<br>Columbus, OH 43085-2799 |
| Checks Unlimited<br>PO Box 17400<br>Colorado Springs, CO 80935-7400 | Childrens Hospital<br>700 Childrens Drive<br>Columbus, OH 43205-2696 | Cingular Wireless<br>32255 Northwestern Hwy #100<br>Farmington, MI 48334-1573 |
| CitiCard<br>P.O. Box 6345<br>The Lakes, NV 88901-6345 | Collection<br>700 Longwater Dr<br>Norwell, MA 02061-1796 | (p)DELL FINANCIAL SERVICES<br>P O BOX 81577<br>AUSTIN TX 78708-1577 |
| Family Medical North<br>1930 Crown Park Court<br>Columbus, OH 43235-2402 | Ffcc-columbus Inc<br>1550 Old Henderson Rd St<br>Columbus, OH 43220-3626 | Fifth Third Bank<br>Mail Drop 109065-3110<br>38 Fountain Square Plaza<br>Cincinnati, OH 45263-3110 |
| First Federal Credit Control<br>1550 Old Henderson Rd  #100<br>Columbus, OH 43220-3626 | Franklin County Treasurer<br>373 S. High St  17th Floor<br>Columbus, OH 43215-6306 | Frederick J. Schill DDS<br>4900 Reed Rd<br>Columbus, OH 43220-3164 |
| HSBC<br>Hsbc Retail Services  Attention:  Bankru<br>Po Box 5213<br>Carol Stream, IL 60197-5213 | Hanger Inc<br>1310 Dublin Rd<br>Columbus, OH 43215-1093 | IC Systems<br>P.O. Box 64378<br>St. Paul, MN 55164-0378 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | LVNV Funding LLC its successors and assigns<br>assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Nco Financial Systems<br>507 Prudential Rd<br>Horsham, PA 19044-2368 |
| OSU Sports Medicine Center<br>1375 Perry St<br>Columbus, OH 43201-3177 | (p)OHIO BUREAU OF WORKERS COMPENSATION<br>LAW SECTION BANKRUPTCY UNIT<br>P O BOX 15567<br>COLUMBUS OH 43215-0567 | Ohio Department of Taxation<br>Bankruptcy Division<br>P.O. Box 530<br>Columbus, OH 43216-0530 |

| | | |
|---|---|---|
| Physicians Credit Bure<br>3592 Corporate Dr Ste 10<br>Columbus, OH 43231-4978 | RMH Based Specialists<br>285 E State St Ste 450<br>Columbus, OH 43215-4358 | Retail Services<br>P.O. Box 703<br>Wood Dale, IL 60191-0703 |
| Riverside Methodist Hospotal<br>P.O. Box 182141<br>Columbus, OH 43218-2141 | Riverside Radiological Associates<br>P.O. Box 14806<br>Columbus, OH 43214 | Rossman & Co<br>P.O. Box 29917<br>Columbus, OH 43229-7517 |
| Santander<br>8585 N Stemmons Fwy Ste<br>Dallas, TX 75247-3822 | State of Ohio Attorney General's Office<br>Revenue Recovery Divison<br>101 E. Town St<br>Columbus, OH 43215-5187 | State of Ohio Attorney General's Office<br>Revenue Recovery Divison<br>150 East Gay St., 21st Fl.<br>Columbus, OH 43215-3191 |
| State of Ohio Department of Taxation<br>Attn: Bankruptcy Division<br>P.O. Box 530<br>Columbus, OH 43266-0030 | State of Ohio Department of Taxation<br>P O Box 2678<br>Columbus, OH 43216-2678 | U.S. Attorney General's Office<br>303 Marconi Blvd #200<br>Columbus, OH 43215-2326 |
| U.S. Attorney General's Office<br>Main Justice Bldg Room 5111<br>10th & Constitution Ave NW<br>Washington, DC 20530-0001 | United Collect Bur Inc<br>5620 Southwyck Blvd Ste<br>Toledo, OH 43614-1501 | United Collection Bureau<br>5620 South Wyck Blvd #206<br>Toledo, OH 43614-1501 |
| Wells Fargo<br>P.O. Box 5943<br>Sioux Falls, SD 57117-5943 | Wells Fargo Financial Ohio Inc<br>4137 121st Street<br>Urbandale IA 50323-2310 | eCAST Settlement Corp<br>Assignee of HSBC Bank Nevada<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd, Suite 200<br>Tucson, AZ 85712-1083 |
| eCAST Settlement Corporation SUCCESSOR to We<br>Fargo Bank NA<br>POB 35480<br>Newark NJ 07193-5480 | eCAST Settlement Corporation assignee of HSB<br>CONSUMER LENDING (USA) INC<br>POB 35480<br>Newark NJ 07193-5480 | Crystal A Dodson<br>8673 Cadet Dr South<br>Galloway, OH 43119-8859 |
| Devin M Dodson<br>8673 Cadet Dr South<br>Galloway, OH 43119-8859 | Jeffrey P Norman<br>Chapter 13 Trustee<br>One Columbus<br>10 West Broad St<br>Suite 900<br>Columbus, OH 43215-3449 | John F Cannizzaro<br>302 South Main Street<br>Marysville, OH 43040-1556 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Dell Financial Services<br>Attn: Bankruptcy Dept.<br>Po Box 81577<br>Austin, TX 78708 | Internal Revenue Service<br>P O Box 21126<br>Philadelphia, PA 19114-0326 | Ohio Bureau of Workers Compensation<br>P.O. Box 15567<br>Attn: Law Section Bankruptcy Unit<br>Columbus, OH 43215-0567 |

End of Label Matrix
Mailable recipients    53
Bypassed recipients     0
Total                  53